UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:

CASE NO. 09-23127 jcn

Shiera D. Coleman dba Boughetto
Entertainment,

                  DEBTOR.        JUDGE: JOHN C. NINFO II
-------------------------------------------------------X

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the Application dated December 29, 2009, (the "Application") of U.S. Bank N.A., it's Successors and/or Assigns (the "Movant"), by its attorneys, Rosicki, Rosicki & Associates, P.C., seeking an Order: (i) modifying and terminating the automatic stay to permit the Movant to exercise all of its rights and remedies with respect to certain collateral consisting of the real property known as 192 Inglewood Drive, Rochester, NY 14619 (the "Premises"); and (ii) granting Movant such other and further relief as the Court deems just and proper; and

The Application having been scheduled before this Court to be heard on January 20, 2010; and no opposition to the relief requested having been filed; and in consideration of the foregoing, and upon the affidavit of service filed with the Court, and after due deliberation, the relief requested appearing reasonable, proper and warranted in fact and by law under Section 362(d) of the Code to permit Movant to exercise all of its rights and remedies under applicable law with respect to the Premises, it is hereby

**ORDERED** that the Application of Movant is granted modifying the automatic stay to allow Movant, its successors and/or assigns, to commence and/or continue with a foreclosure action and eviction proceeding with respect to the Premises; and it is further

**ORDERED** that the case trustee shall be notified of any surplus monies that may exist after the sale of the Premises, and it is further

**ORDERED** that the stay invoked pursuant to F.R.B.P. 4001(a)(3) is waived and this order is effective upon the signing of this order.

Dated: 1/21, 2010
, New York



_____
Hon. John C. Ninfo II
United States Bankruptcy Judge

FILED
JAN 21 2010
BANKRUPTCY COURT
ROCHESTER, NY