UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF NEW YORK

**AMENDED**  
**ORDER TO EMPLOYER**  
**TO PAY TRUSTEE**

IN RE:

BK# 09-23127

**SHIERA D COLEMAN**  
      Debtor(s),

**EMPLOYEE:** *Shiera D Coleman*  
**S.S. #** xx-xxx-**4940**

---

Upon representation of the Trustee or other interested party, the Court finds that:

The above-named debtor has pending in this Court a proceeding for the adjustment of debts by an individual with regular income under Chapter 13 of the Bankruptcy Code (Title 11 U.S.C.) and pursuant to the provisions of said statute and the debtor's plan the debtor has submitted all future earnings and wages to the exclusive jurisdiction of this Court for the execution of debtor's plan; and

That under the provisions of 11 U.S.C.§1306 this Court has exclusive jurisdiction of the earnings from service performed by the debtor during the pendency of this case and may require the employer of the debtor, upon the order of this Court, to pay over such portion of the wages or earnings of the debtor as may be needed to effectuate said plan, and that such an order is necessary and proper, now therefore,

**IT IS ORDERED**, that until further order of this Court the employer of said debtor:

**CITY OF ROCHESTER**

deduct from the earnings of said debtor the sum of **$210.00/biweekly** to begin on the next payday following the receipt of this order and deduct a similar amount for each pay period there-after, including any period for which the debtor receives periodic or lump sum payment for or on account of vacation, termination, or other benefits arising out of present or past employment of the debtor, and to forthwith remit the sum so deducted to: **GEORGE M. REIBER, TRUSTEE, Chapter 13 Trustee, PO Box 490, Memphis, TN 38101-0490; (585)427-7225; *(PLEASE INCLUDE THE DEBTOR'S FULL NAME AND CASE NUMBER ON THE CHECK REMITTED)*** and

**IT IS FURTHER ORDERED**, that said employer notify said Trustee if the employment of said debtor be terminated and the reason for such termination; and

**IT IS FURTHER ORDERED**, that all earnings and wages of the debtor, except the amount required to be withheld by the provisions of any laws of the United States or laws of any State or political subdivision, or by an insurance, pension, pension loans, current maintenance or support payments or by the order of this Court, be paid to the aforesaid debtor in accordance with the employer's usual payroll procedures; and

**IT IS FURTHER ORDERED**, that no deductions for or on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by the Court be made from the earnings of said debtor; and

**IT IS FURTHER ORDERED**, that this order supersedes previous orders, if any, made to the debtor or employer in this case.

Dated: 10/4/10


FILED 10/4/10 BANKRUPTCY COURT ROCHESTER, NY

_____  
**HON. JOHN C. NINFO, II**  
**BANKRUPTCY JUDGE**

Case 2-09-23127-JCN    Doc 110    Filed 10/06/10    Entered 10/07/10 01:30:43    Desc
Imaged Certificate of Service    Page 1 of 2

# CERTIFICATE OF NOTICE

```
District/off: 0209-2          User: telesca          Page 1 of 1          Date Rcvd: Oct 04, 2010
Case: 09-23127                Form ID: pdfattch      Total Noticed: 1
```

The following entities were noticed by first class mail on Oct 06, 2010.
```
db            +Shiera D. Coleman,    192 Inglewood Dr.,    Rochester, NY 14619-1404
```
The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2010**                              **Signature:** *Joseph Speetjens*

Case 2-09-23127-JCN    Doc 110    Filed 10/06/10    Entered 10/07/10 01:30:43    Desc
Imaged Certificate of Service    Page 2 of 2